**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **THOMAS AND DIANN ELLIOTT**<br><br>**Petitioners,**<br><br>**v.**<br><br>**CENTER STREET SECURITIES, INC., JACK R. THACKER, and JEFFREY T. KENNEDY,**<br><br>**Respondents.** | **Case No. 4:25-cv-00205-RWS** |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Page Poerschke, move to be admitted pro hac vice to the bar of this court for the purpose of representing Thomas and Diann Elliott, the Petitioners in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney: Page Poerschke

(b) Name of the firm or letterhead under which the movant practices:

Name: Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
Address: 316 S. Baylen Street, Suite 600
City, State, Zip: Pensacola, FL 32503.
Phone No.: (850) 435-7000

(c) Email for movant-attorney: ppoerschke@levinlaw.com

(d) Name of law school(s) movant attended and the date(s) of graduation therefrom:

University of Alabama School of Law, Juris Doctor, May 1997

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| Jurisdiction | Year Admitted | Reg. Number |
|---|---|---|
| Alabama | 1997 | ASB-9647-D61P |
| | | |
| | | |
| | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Submitted this 5th day of March, 2025

Page Poerschke
LEVIN PAPANTONIO Proctor, Buchanan, O'Brien, Barr & Mougey, P.A
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Bar No.: ASB-9647-D61P
Email: ppoerschke@levinlaw.com
Phone: (850) 435-7000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Verified Motion for Admission Pro Hac Vice was served via regular mail to Center Street Securities, Inc. c/o Donald Pollard 73 Rockledge Path, Port Jefferson, NY 11777, Jeffrey T. Kennedy at 1093 County Road 205, Giddings, TX 78942, and Jack R. Thacker at 2261 Bullock Hollow Road, Bristol, TN 37620 on this 5th day of March, 2025.

Page Poerschke

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify* ***Page Anderson Poerschke*** *has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that* ***Page Anderson Poerschke*** *was admitted to the Alabama State Bar on September 26, 1997.*

*I further certify that said* ***Page Anderson Poerschke*** *is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2025.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on March 05, 2025.*

Terri B. Lovell, Secretary

