UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ELLIOT and DIANN ELLIOT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  4:25 CV 205 RWS |
| | ) | |
| CENTER STREET SECURITIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling conference will now be held by telephone on <u>Thursday, May 8, 2025 at 11:00 a.m.</u>  Counsel and the Defendant should call in by telephone at 1-669-254-5252 then enter Meeting ID: 161 524 5085.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2025.