UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

THOMAS ELLIOTT and DIANN ELLIOTT,

    Petitioners,

v.

CENTER STREET SECURITIES, INC., et al.,

    Respondents.

Civil Action No.: 4:25 CV 205 RWS

*So Ordered*

*/s/ Sippel 5/15/25*

## PETITIONERS AND RESPONDENT KENNEDY'S MUTUAL STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Petitioners Thomas Elliott and Diann Elliott and Respondent and Counter-Petitioner Jeffrey T. Kennedy hereby submit this stipulated Voluntary Dismissal *without prejudice* as to Petitioners' claims against Jeffrey T. Kennedy and as to Counter-Petitioner Jeffrey T. Kennedy's claims against Thomas Elliott and Diann Elliott.

This stipulated voluntary dismissal does not apply to or affect any of Petitioners pending claims involving Respondents Center Street Securities, Inc. or Jack R. Thacker.

Respectfully submitted this 9th day of May, 2025.

/s/ *Page Poerschke*
Page A. Poerschke
ppoerschke@levinlaw.com
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 495-5010

***Attorney for Petitioners***

/s/ *Jeff Kennedy*
Jeffrey T. Kennedy, Respondent
Pro se