UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THOMAS ELLIOTT, et al.,                    )
                                           )
        Plaintiffs,                        )
                                           )
        v.                                 )        Case No. 4:25 CV 205 RWS
                                           )
CENTER STREET SECURITIES,                  )
INC., et al.,                              )
                                           )
        Defendants.                        )

## ORDER

On February 19, 2025, Plaintiffs Thomas and Diane Elliott petitioned to confirm an arbitration award against Center Street Securities, Jack R. Thacker,[1] and Jeffrey T. Kennedy.[2]  To date, Defendant Center Street Securities has not filed a responsive pleading and no attorney has entered their appearance on behalf of Center Street.  On May 19, 2025, the Clerk of Court granted Plaintiffs' motion for entry of default against Center Street.

Plaintiffs now move for default judgment against Center Street and confirmation of the arbitration award.  Because Center Street failed to timely answer

---

[1] Plaintiffs' claims against Defendant Thacker were stayed on March 6, 2025, after Thacker filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of Tennessee. *See* ECF No. 20 at 2.

[2] Plaintiffs dismissed their claims against Defendant Kennedy on May 15, 2025. *See* ECF No. 21.

or otherwise move with respect to the petition, default judgment will be entered and Plaintiffs' motion to confirm the arbitration award will be granted.  Plaintiffs will be awarded $185,166.65, plus interest and costs.  *See* ECF No. 25.  However, Plaintiffs' request for attorney fees will be denied without prejudice because the arbitration award does not grant attorney fees and Plaintiffs have not submitted any evidence to support an award of attorney fees at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment [24] and motion to confirm arbitration award [20] are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to recover $185,166.65 in damages; interest at the rate of 9% per annum from February 14, 2025, though and including the date that the arbitration award is paid in full; and costs in the amount of $31,844.00.

**IT IS FURTHER ORDERED** that Plaintiffs' request for attorney fees is **DENIED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this _____ day of June 2025.